# First District Court of Appeal
## State of Florida

_____

No. 1D2023-1468
_____

Christopher Dushawn Collis,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
James Scott Duncan, Judge.

July 31, 2024

Per Curiam.

Affirmed.

Lewis, M.K. Thomas, and Nordby, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.